UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

        v.                         Case No. 06-cr-70-01-SM

William Prentice

O R D E R

Defendant's assented-to motion to continue the trial (document no. 16) is granted in part, denied in part. Trial has been rescheduled for the December 2006 trial period. Defendant shall file a Waiver of Speedy Trial Rights not later than August 10, 2006. On the filing of such waiver, his continuance shall be effective.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation  taking into account the

exercise of due diligence under the circumstances.

    Final Pretrial Conference:  November 27, 2006 at 4:30 PM

    Jury Selection:  December 5,  2006 9:30 AM

    SO ORDERED.

August 1, 2006

                                          Steven J. McAuliffe
                                          Chief Judge

cc:  Terry Ollila. Esq.
     Jorel Booker, Esq.
     U. S. Probation
     U. S. Marshal