UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

   v.           Case No. 06-cr-70-01-SM

<u>William Prentice</u>

<u>O R D E R</u>

  Defendant's assented-to motion to continue the trial (document no. 25) is granted. Trial has been rescheduled for the February 2007 trial period. Defendant shall file a Waiver of Speedy Trial Rights not later than December 1, 2006. On the filing of such waiver, his continuance shall be effective. No further continuances absent extraordinary circumstances.

  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

  Final Pretrial Conference:  January 23, 2007 at 11:30 AM

  Jury Selection:  February 6, 2007 9:30 AM

SO ORDERED.

November 27, 2006

/s/ Steven J. McAuliffe
Steven J. McAuliffe
Chief Judge

cc: Terry Ollila. Esq.
    Jorel Booker, Esq.
    U. S. Probation
    U. S. Marshal