UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>United States of America</u>

    v.                    Criminal No. 06-cr-70-01-SM

<u>William Prentice</u>


<u>ORDER</u>

    Re: Document No. 44, Motion for Additional Funds

    Ruling:

    Denied, but without prejudice. Dr. Mart's report ought to suffice, absent some contest or challenge to his analysis, which is not suggested by defense counsel. Given that nothing in the motion suggests a need for live testimony simply to relate what is presumably already in the report, and apparently not contested, the requested expenditure seems entirely unnecessary. If the facts are different or other circumstances exist that might militate in favor of authorizing the requested expenditure, then an appropriate motion may be filed.

                                            Steven J. McAuliffe
                                            Chief District Judge

Date: October 17, 2007

cc: Terry Ollila, Esq.
    Jorel Booker, Esq.